**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 917 MAL 2014
:
                    Respondent :
                               : Petition for Allowance of Appeal from the
                               : Order of the Superior Court
                   v. :
:
:
:
TYRONE DINKINS, :
:
                   Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.